The People of the State of New York, Respondent, 
against
Heather Nichols, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Gerianne Abriano, J.), rendered July 19, 2016, convicting her, upon her plea of guilty, of obstructing of governmental administration in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Gerianne Abriano, J.), rendered July 19, 2016, affirmed.
The accusatory instrument was not jurisdictionally defective. It charged all the elements of obstructing governmental administration in the second degree (see Penal Law § 195.05). Defendant's intent to prevent a public servant from performing an official function is reasonably inferred from allegations that a police officer observed the defendant holding one lit marijuana cigarette in a public place; that the officer "approached the defendant in full uniform" and identified himself as a police officer with his "shield out;" and that defendant "crumple[d] the cigarette containing marijuana with her hand and thr[e]w it to the ground" (see People v Mercedes, 194 Misc 2d 731 [Crim. Ct, NY County, 2003]; cf. People v Roman, 23 Misc 3d 56, 58 [2009]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 18, 2018